People v Ashton (2024 NY Slip Op 04005)

People v Ashton

2024 NY Slip Op 04005

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND NOWAK, JJ.

496 KA 23-01744

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
KIRK ASHTON, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

EASTON THOMPSON KASPEREK SHIFFRIN LLP, ROCHESTER (BRIAN SHIFFRIN OF COUNSEL), FOR DEFENDANT-APPELLANT.
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (MARTIN P. MCCARTHY, II, OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered November 23, 2022. The judgment convicted defendant upon a jury verdict of sexual abuse in the first degree (4 counts), course of sexual conduct against a child in the second degree (10 counts) and endangering the welfare of a child (8 counts). 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Ashton ([appeal No. 1] — AD3d — [July 26, 2024] [4th Dept 2024]).
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court